IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER FERRELL, | ) |
| Petitioner, | ) |
| v. | ) Case No. 3:21-cv-00402 |
| | ) Judge Aleta A. Trauger |
| BRIAN ELLER, Warden, | ) |
| Respondent. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum, the respondent's and the petitioner's Objections (Doc. Nos. 28, 36) to the Magistrate Judge's Report and Recommendation ("R&R"), are **OVERRULED**. The R&R (Doc. No. 27) is **ACCEPTED** in its entirety. Petitioner Christopher Ferrell's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (Doc. No. 1) is **DENIED**, and this case is **DISMISSED WITH PREJUDICE**.

Pursuant to Rule 11 of the Rules Governing § 2254 Proceedings, the court must either issue or deny a certificate of appealability ("COA") "when it enters a final order adverse to the applicant." *See also* 28 U.S.C. § 2253(a). Because the movant has not made a substantial showing of the denial of a constitutional right, the court **DENIES** a COA. *Id.* § 2253(c)(2). The movant may, however, seek a COA directly from the Sixth Circuit Court of Appeals. *Id.* § 2253(c)(1); Fed. R. App. P. 22(b)(1).

The Clerk shall enter judgment in accordance with Federal Rules of Civil Procedure 58.

It is so **ORDERED**.

ALETA A. TRAUGER
United States District Judge